# IN THE SUPREME COURT OF THE STATE OF NEVADA

AHMADD GARLAND,
        Appellant,
        vs.
THE STATE OF NEVADA,
        Respondent.

No. 71218

**FILED**

DEC 09 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a postconviction petition for a writ of habeas corpus. First Judicial District Court, Carson City; James Todd Russell, Judge.

The notice of appeal was untimely filed. NRAP 4(b); NRS 34.575(1); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

cc:  Hon. James Todd Russell, District Judge
     Ahmadd Garland
     Attorney General/Carson City
     Carson City District Attorney
     Carson City Clerk

16-38252